# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

STARR INDEMNITY &
LIABILITY COMPANY,

      Plaintiff,

v.                                    Case No: 2:21-cv-746-SPC-NPM

STANDARD AERO (SAN
ANTONIO), INC. and
STANDARD AERO
(ALLIANCE), INC.,

      Defendants.
_____/

## **ORDER**[1]

Before the Court is a *sua sponte* review of the case. On October 8, the Court dismissed Plaintiff's Complaint (Doc. 1) without prejudice for lack of subject-matter jurisdiction. (Doc. 5). The Court gave Plaintiff until October 15, to file an amended complaint. The Court warned Plaintiff, "**Failure to [amend] will result in the Court closing this case without further notice**." (Doc. 5 at 3). The deadline came and went with no filing. So the Court's Order becomes a final judgment, and the case is closed. *Auto.*

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

*Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 719-20 (11th Cir. 2020) (The "order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires.").

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED without prejudice**. The Court's October 5, 2021, Order constitutes a final judgment.

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 4, 2021.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record